IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LaTOYA JACKSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TAYO REED'S PERFORMING ARTS )<br>CENTER, INC., AND TAYO REED, )<br>)<br>Defendants. ) | Case No. 1:12-CV-02825-MHS |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff LaToya Jackson, and Defendants Tayo Reed's Performing Arts Center, Inc., and Tayo Reed agree and stipulate to the voluntary dismissal of the above-styled action with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 10th day of December 2012

19847343.2

**COUNSEL FOR PLAINTIFF**

/s/ Peter N. Farley
Peter N. Farley
Georgia Bar No. 255165
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
peter.farley@sutherland.com

**COUNSEL FOR DEFENDANTS**

/s/ Gary E. Thomas
Gary E. Thomas
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Telephone: (770) 239-1785
Facsimile: (770) 995-2554
gary.thomas@gthomaslawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that on December 10th, 2012 I electronically filed the within and foregoing **Stipulation of Voluntary Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Gary E. Thomas
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Telephone: (770) 239-1785
Facsimile: (770) 995-2554
gary.thomas@gthomaslawfirm.com

Respectfully submitted this 10th day of December, 2012.

/s/ Peter N. Farley
Peter N. Farley
Georgia Bar No. 255165
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
peter.farley@sutherland.com

*Counsel for Plaintiff*

19847343.2